USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CINCINNATI SPECIALTY
UNDERWRITERS INSURANCE
COMPANY,

      Plaintiff,

   -against-

SOUTHWEST MARINE AND GENERAL
INSURANCE COMPANY,

      Defendant.

26-CV-00987 (MMG)

**ORDER SCHEDULING
DEFAULT JUDGMENT
BRIEFING**

MARGARET M. GARNETT, United States District Judge:

On February 10, 2026, the Court ordered the parties to submit a joint letter and proposed Civil Case Management Plan and Scheduling Order by no later than March 12, 2026, in advance of the Initial Pretrial Conference scheduled for March 19, 2026. *See* Dkt. No. 7. On March 11, 2026, Plaintiff requested an adjournment of the Initial Pretrial Conference because Defendant had not responded to the complaint nor appeared in this matter. *See* Dkt. No. 9. Plaintiff also filed proof of service indicating that Defendant was served on February 17, 2026. *See* Dkt. No. 8. Defendant has not yet appeared in this matter and appears to be in default. *See id.*

It is hereby ORDERED that the Initial Pretrial Conference scheduled for March 19, 2026 is ADJOURNED *sine die*.

It is further ORDERED that if Defendant does not respond to the Complaint or appear by **March 30, 2026**, then by **April 6, 2026**, Plaintiff must file any motion for default judgment in accordance with the Court's Individual Rules & Practices. If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (*i.e.*, versions of the files in their original format, such as in ".xlsx") to Chambers at GarnettNYSDChambers@nysd.uscourts.gov.

It is further ORDERED that Defendant shall file any opposition to any motion for default judgment by **April 20, 2026**.

Plaintiff shall serve a copy of this Order on Defendant by mail delivery service that provides delivery confirmation and/or by in-person service **within two business days from the date of this Order**, and shall file proof of such service **within three business days of the date of this Order**.

In the event Plaintiff files a motion for default judgment, Plaintiff shall serve the motion papers on Defendants by **April 8, 2026**, and shall file proof of such service by **April 10, 2026**.

If this case has been settled or otherwise terminated, Plaintiff is not required to move for default, provided that a stipulation of discontinuance, voluntary dismissal or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://www.nysd.uscourts.gov/electronic-case-filing.

The Clerk of Court is respectfully directed to terminate Dkt. No. 9.

Dated: March 12, 2026
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

2